**The WESTON GROUP, INC.**

v.

**HIGHMARK HEALTH SERVICES**

**1352 MDA 2016**

Superior Court of Pennsylvania.

09/27/2017

13–3622 (Cumberland)

Affirmed

**COM.**

v.

**KITTLE, C.**

**1403 MDA 2016**

Superior Court of Pennsylvania.

09/27/2017

CP–40–CR–0002878–2014, CP–40–CR–0004255–2013 (Luzerne)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**FUENTES, F.**

**1858 MDA 2016**

Superior Court of Pennsylvania.

09/27/2017

CP–49–CR–0000657–2005 (Northumberland)

Affirmed

**COM.**

v.

**CONCORDIA, B.**

**177 MDA 2017**

Superior Court of Pennsylvania.

09/27/2017

CP–06–CR–0000037–2016 (Berks)

Affirmed

**COM.**

v.

**LENARD, J.**

**353 MDA 2017**

Superior Court of Pennsylvania.

09/27/2017

CP–22–CR–0000541–2006 (Dauphin)

Affirmed